UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY BLACK,

                Plaintiff,

v.                          Case No. 3:05-cv-604-J-25TEM

JIM FULLER,
CLERK OF COURT,

                Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se and in forma pauperis, initiated this action by filing "Petitioner's Motion for Preliminary Injunction and/or Temporary Restraining Order" (Doc. #1) on June 30, 2005. On April 26, 1996, the President signed into law the Prison Litigation Reform Act, which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of filings brought by Plaintiff in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 3:01-cv-543-J-20TEM; (2) 3:01-cv-808-J-25TJC; (3) 3:02-cv-280-J-25TJC; and, (4) 3:02-cv-281-J-12TJC. Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, his Motion to Proceed In Forma Pauperis (Doc. #2) will be denied and this action will be dismissed without prejudice. Plaintiff may proceed in a new action if he pays the full $250.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Plaintiff's June 30, 2005, Motion to Proceed In Forma Pauperis (Doc. #2) is **DENIED**.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 30 day of June, 2005.

UNITED STATES DISTRICT JUDGE

ps 6/30
c:
Timothy Black

- 2 -