UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY BLACK,

          Plaintiff,

v.                               Case No. 3:05-cv-604-J-25TEM

JIM FULLER,
CLERK OF COURT,

          Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding *pro se* and *in forma pauperis*, initiated this action by filing "Petitioner's Motion for Preliminary Injunction and/or Temporary Restraining Order" (Doc. #1) on June 30, 2005. On April 26, 1996, the President signed into law the Prison Litigation Reform Act, which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of filings brought by Plaintiff in this Court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 3:01-cv-543-J-20TEM; (2) 3:01-cv-808-J-25TJC; (3) 3:02-cv-280-J-25TJC; and, (4) 3:02-cv-281-J-12TJC. Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, his Motion to Proceed In Forma Pauperis (Doc. #2) will be denied and this action will be dismissed without prejudice. Plaintiff may proceed in a new action if he pays the full $250.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. Plaintiff's June 30, 2005, Motion to Proceed In Forma Pauperis (Doc. #2) is **DENIED**.

2. This case is hereby **DISMISSED** without prejudice.

3. The Clerk of the Court shall enter judgment dismissing this case without prejudice.

**DONE AND ORDERED** at Jacksonville, Florida, this 30th day of June, 2005.

UNITED STATES DISTRICT JUDGE

ps 6/30
c:
Timothy Black

- 2 -